# APPENDIX

Ordered listing of all Prior Petitions and Motions and all Opinions and Orders rendered by the Federal Courts pursuant to David Thompson (Petitioner).

APPENDIX A: HANDWRITTEN ORGINAL 28 U.S.C. §2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE.

APPENDIX B: MEMORANDUM AND ORDER BY THE COURT FOR THE GOVERNMENT TO FILE A RESPONSE TO THE PETITIONER'S 28 U.S.C. §2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE.

APPENDIX C: GOVERNMENT'S RESPONSE TO DEFENDANT'S 28 U.S.C. §2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY.

APPENDIX D: DEFENDANT-PETITIONER'S ANSWER TO THE GOVERNMENT'S RESPONSE TO HIS 28 U.S.C. §2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY.

APPENDIX E: COURTS JUDGEMENT TO THE PETITIONER'S 28 U.S.C. §2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY.

APPENDIX F: MEMORANDUM OPINION AND ORDER ISSUED BY THE COURT ADDRESSED AT THE PETITIONER'S 28 U.S.C. §2255 MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE AND REQUEST FOR A CERTIFICATE OF APPEALABILITY

APPENDIX G: MOTION FOR RELIEF FROM JUDGEMENT OR TO CORRECT JUDGEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE; RULES 59 (e) and 60 (b).

APPENDIX H: COURT'S ORDER ON PETITIONER'S MOTION FOR RELIEF FROM JUDGEMENT OR TO CORRECT JUDGEMENT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE; RULES 59 (e) and 60 (b).

APPENDIX I: PETITIONER'S APPLICATION TO PROCEED WITHOUT PRE-PAYMENT OF FEES AND AFFIDAVIT. (FORMA PAUPERIS)

APPENDIX J: COURT ORDER RESPONDING TO PETITIONER'S REQUEST TO FILE IN FORMA PAUPERIS. DENIED WITHOUT PREJUDICE

APPENDIX K: COURT ORDER GRANTING PETITIONER'S REQUEST TO FILE IN FORMA PAUPERIS.

APPENDIX L: UNITED STATES COURT OF APPEALS ORDER DENYING A REQUEST FOR A CERTIFICATE OF APPEALABILITY

28 U.S.C. §2241
-ATTACHMENT.