IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID THOMPSON, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-601-MHT |
| SCOTT MIDDLEBROOKS, et al., | ) |
| Respondents. | ) |

**O R D E R**

Upon review of the 28 U.S.C. § 2241 petition for habeas corpus relief, and for good cause, it is

ORDERED that on or before July 20, 2006 the petitioner shall file an amendment to the petition in which he identifies the federal court which imposed the challenged sentence upon him.

Done this 10th day of July, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE