IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID THOMPSON, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-601-MHT |
| SCOTT MIDDLEBROOKS, et al., | ) |
| Respondents. | ) |

**O R D E R**

David Thompson ["Thompson"], a federal inmate, filed a petition under 28 U.S.C. § 2241 challenging the enhancement of his sentence for participation in a controlled substance conspiracy. However, Thompson did not file a motion for leave to proceed *in forma pauperis* with the necessary documentation from the prison account clerk nor did he submit the requisite $5.00 filing fee. In light of the foregoing, it is

ORDERED that on or before July 20, 2006 the petitioner shall file either an affidavit in support of a request for leave to proceed *in forma pauperis* accompanied by a prison account statement from the account clerk at the Maxwell Federal Prison Camp showing the balance in his prison account at the time of his filing this petition or the $5.00 filing fee.

To aid the petitioner in complying with this order, the CLERK is DIRECTED to furnish him with a copy of the form affidavit used by persons seeking to proceed *in forma pauperis* before this court.

Done this 10th day of July, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE