RECEIVED
2006 JUL 19 A 9:36

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID THOMPSON, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION No. 2:06-CV-601-MHT |
| SCOTT MIDDLEBROOKS, et. al., | ) |
| Respondents. | ) |

### AMENDMENT TO 28.U.S.C. §2241 PETITION
### PURSUANT TO FED. RULES OF CIV. PROC., RULE 15(a)

**COMES NOW PETITIONER** DAVID THOMPSON, by and through himself, in Pro-Se, in the above referenced Civil Action, and in compliance with this Court's Order of July 10, 2006, directing Petitioner to AMend his Petition to include the Federal Court which imposed the Challenged Sentence upon him, and hereby **Amends** the Petition pursuant to **Rule 15(a) Federal Rules of Civil Procedure**, and as the Petition is so amended as Follows:

THE COURT OF ORIGINAL JURISDICTION WHO IMPOSED THE ILLEGAL SENTENCE WAS: **UNITED STATES DISTRICT COURT FOR THE SOUTHRN DISTRICT OF ILLINOIS**: -U.S. COURTHOUSE, 301 MAIN STREET, BENTON, ILL. 62812.

RESPECTFULLY SUBMITTED,

THIS 16 DAY OF JULY, 2006,

By- *David Thompson*

DAVID THOMPSON, PETIIONER,
PRO-Se